# Exhibit 1

# #SHEINsummervacay
Top-rated recs, deals, prizes + more amazingness you don't wanna miss!

**CHECK IT OUT**

WOMEN | CURVE + PLUS | KIDS | MEN | BEAUTY | HOME

**SHEIN**

Free Standard Shipping on orders over US$49.00

NEW IN | TRENDS | TOP RATED | SALE | SHEIN X DESIGNERS | CLOTHING | DRESSES | TOPS | LINGERIE & LOUNGE | BEACHWEAR | ACTIVEWEAR | SHOES & ACCS

SHEIN x Care Bears

Home / Home & Living / Home Entertainment / DIY Supplies / DIY Diamond Painting / Scenery Pattern Diamond Painting Without Frame



### Scenery Pattern Diamond Painting Without Frame

SKU: shdiysup18210520098

★★★★½ (458 Reviews)

## US$5.00

**Size**

[ one-size ]

📏 Size Guide

Qty: [ − ] 1 [ + ]

**ADD TO BAG** ♡

Earn **5** SHEIN Points

### Shipping To United States

🚚 **Delivery** ⓘ  ‹ 1/2 ›

Standard Shipping: **US$3.99**, FREE on orders **US$49.00+**
Estimated to be delivered on 06/08/2022 - 06/10/2022.

Express Shipping: **US$1...**
orders **US$199.00+**
Estimated to be delivered 06/06/2022.

🛡 **Return Policy** ⓘ
Return and exchange goods are not supported.

**Description** +

**Size & Fit** +

GET EXTRA 15%