UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-23604-KMM

DANNY FLYNN,

    Plaintiff,

v.

ZOETOP BUSINESS CO., LIMITED, a Hong Kong limited company and SHEIN DISTRIBUTION CORP., a Delaware corporation,

    Defendants.

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Danny Flynn ("Plaintiff"), hereby accepts and provides notice that he accepts Defendant SHEIN DISTRIBUTION CORP.'s ("Defendant") Offer of Judgment dated March 16, 2023. A copy of the Offer of Judgment is attached hereto as **Exhibit 1**. Accordingly, Plaintiff respectfully requests that judgment be entered against Defendants SHEIN DISTRIBUTION CORP. and ZOETOP BUSINESS CO., LIMITED, including the terms set forth in Exhibit 1.

Dated: March 23, 2023

Respectfully submitted,

*/s/ Layla T. Nguyen*
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100

Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Danny Flynn*