UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-23604

DANNY FLYNN,

    Plaintiff,

v.

ZOETOP BUSINESS CO., LIMITED, a Hong Kong
limited company and SHEIN DISTRIBUTION CORP.,
a Delaware corporation,

    Defendants.
_____/

## NOTICE OF STRIKING [D.E. 26]

The undersigned counsel hereby strikes the document filed today at [D.E. 26], which was intended to be filed in *Francis Minoza, et. al. and Laurence Minoza v. Zoetop Business Co. Limited, et. al.* (Case No. 23-cv-20434), but was inadvertently filed in this proceeding.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 23, 2023 | Jonathan Woodard |
|  | John Cyril Malloy, III |
|  | Florida Bar No. 964,220 |
|  | jcmalloy@malloylaw.com |
|  | Oliver Alan Ruiz |
|  | Florida Bar No. 524,786 |
|  | oruiz@malloylaw.com |
|  | Jonathan Woodard |
|  | Florida Bar No. 0096553 |
|  | jwoodard@malloylaw.com |
|  | Cleo I. Suero |
|  | Florida Bar No. 1,024,675 |
|  | csuero@malloylaw.com |
|  | **MALLOY & MALLOY P.L.** |
|  | 2800 S.W. Third Avenue |
|  | Miami, Florida 33129 |
|  | Telephone (305) 858-8000 |